Docket as of September 9, 2004 9:08 pm                     Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-1450

### Christina v. Pfizer Inc

04cv12276 PBS

Filed: 05/21/04
Assigned to: Judge Carl J. Barbier
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Product Liability

---

| | |
|---|---|
| EMMA B CHRISTINA, individually and on behalf of others similarly situated<br>plaintiff | Daniel E. Becnel, Jr.<br>985-536-6445 FAX<br>[COR LD NTC]<br>Bradley Douglas Becnel<br>985-536-6445 FAX<br>[COR]<br>Law Offices of Daniel E. Becnel, Jr.<br>106 W. Seventh St.<br>P. O. Drawer H<br>Reserve, LA 70084<br>985-536-1186 |
| v. | |
| PFIZER INC<br>defendant | Henri Wolbrette, III<br>504-596-2800 FAX<br>[COR LD NTC]<br>Kathleen Ann Manning<br>504-596-2800 FAX<br>[COR]<br>McGlinchey Stafford, PLLC<br>643 Magazine St.<br>New Orleans, LA 70130-3477<br>504-586-1200 |

---

## DOCKET PROCEEDINGS

DATE    # IMG             DOCKET   ENTRY

| Date | # | Description |
|---|---|---|
| 5/21/04 | 1 | COMPLAINT; 1 summons(es) issued (plh) [Entry date 05/26/04] |
| 5/21/04 | -- | Payment of filing fee by plaintiff Emma B Christina in amount of $ 150.00 (plh) [Entry date 05/26/04] |
| 5/27/04 | 2 | RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 5/27/04 (sek) [Entry date 05/27/04] |
| 5/27/04 | 3 | Motion by pla Emma B Christina for exp hrg on her mtn for entry of a Non Destruct Order and ORDER that a hrg on briefs will be held on the same 6/18/04 at 10:30; opps are due 6/10/04 by Judge Carl J. Barbier Date Signed: 5/28/04 (ca) [Entry date 06/01/04] |
| 6/1/04 | 4 | MOTION by plaintiff Emma B Christina for Entry of a Non Destruct Order to be heard on briefs before Judge at 10:30 6/18/04 (ca) [Entry date 06/01/04] |
| 6/7/04 | 5 | Pla's Exhibits in support of memorandum in support of pla's mtn to transfer case to the Dist of New Jersey pursuant to 28:1407 to be heard bfr the MDL Panel (sek) [Entry date 06/07/04] |
| 6/14/04 | 7 | Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint an addl 20 days, by Judge Carl J. Barbier Date Signed: 6/16/04 (sek) [Entry date 06/17/04] |
| 6/16/04 | 6 | Memorandum by plaintiff Emma B Christina in opposition to mtn for extension of time to answer pla's cmp filed by defendant Pfizer Inc (sek) [Entry date 06/17/04] |
| 6/23/04 | 8 | Memorandum by plaintiffs in opposition to ASEA/AFSCME Local 52 Health Benefits Trust's & Brian Krath's mtn for transfer & consolidation into In Re Neurontin Antitrust Litigation, MDL #1479 & requests formation of a separate MDL for transfer & consolidation of these cases (sek) [Entry date 06/24/04] |
| 6/25/04 | 9 | Motion by defendant Pfizer Inc and ORDER setting ORAL ARGUMENT on pla's motion for Entry of a Non Destruct Order [4-1] at 9:30 on 7/21/04, by Judge Carl J. Barbier (sek) [Entry date 06/28/04] |
| 7/1/04 | 10 | Motion by defendant Pfizer Inc and ORDER extending time to answer pla's complaint until 7/6/04, by Judge Carl J. Barbier Date Signed: 7/6/04 (sek) [Entry date 07/07/04] |
| 7/2/04 | 14 | Motion by plaintiff Emma B Christina and ORDER expediting hrg on pla's mtn to appoint plas' steering committee & |

|  |  |  |
|---|---|---|
|  |  | liaison counsel in open court at 10:30 on 8/5/04; attys wishing to be liasion counsel or on the steering committee shall file a brief statement of interest & if they have not yet done so, a C.V., not later than 7/29/04, by Judge Carl J. Barbier Date Signed: 7/13/04 (sek) [Entry date 07/15/04] |
| 7/8/04 | 11 | Motion by plaintiff Emma B Christina for reconsideration of the Court's order of 6/25/04 and ORDER DENYING SAME, by Judge Carl J. Barbier Date Signed: 7/6/04 (sek) [Entry date 07/08/04] |
| 7/13/04 | 12 | Memo in opposition by defendant Pfizer Inc to motion for Entry of a Non Destruct Order [4-1] filed by plaintiff Emma B Christina (sek) [Entry date 07/14/04] |
| 7/14/04 | 13 | PLAINTIFF'S AMENDED complaint [1-1]; no new parties added; 1 summons(es) issued (sek) [Entry date 07/15/04] |
| 7/15/04 | 15 | MOTION by plaintiff Emma B Christina to appoint plas' steering committee & liaison counsel to be heard before Judge at 10:30 8/5/04 in open court (sek) [Entry date 07/16/04] |
| 7/21/04 | 16 | Statement of interest in support of being appointed to the plas' steering committee & liaison counsel by Daniel E. Becnel, Jr. (sek) [Entry date 07/21/04] |
| 7/21/04 | 18 | SMOOTH MINUTES/HRG ON MOTION (held 7/21/04): Reported/Recorded by Rhonda Hardin; Ordered that pla's motion for Entry of a Non Destruct Order [4-1] is taken under advisement; parties are to meet & attempt to submit a more narrow non-destruct order by 8/3/04; Further, w/regard to the oral argument set on 8/5/04 re pla's mtn to appoint a steering committee, pla's counsel are to advise the Court not later than 8/3/04, whether they agree w/the Court's suggestion that this matter be deferred until a MDL Judge is appointed, by Judge Carl J. Barbier (sek) [Entry date 07/22/04] |
| 7/22/04 | 19 | Statement of Interest in support of being appointed to the Plas' Steering Committee by Ronnie G. Penton (sek) [Entry date 07/23/04] |
| 7/22/04 | 21 | Statement of interest re appointment to plas' steering committee, by Robert M. Becnel (sek) [Entry date 07/23/04] |
| 7/23/04 | 20 | MINUTE ENTRY (7/22/04) Ordered that oral argument on pla's motion to appoint plas' steering committee & liaison counsel [15-1] set for 8/5/04 is CANCELLED & the Court will consider the matter on briefs, by Judge Carl J. Barbier (sek) [Entry date 07/23/04] |

| Date | # | Description |
|---|---|---|
| 7/23/04 | 22 | Statement of interest in support of being appointed to the plas' steering committee by Robert M. Becnel (sek) [Entry date 07/23/04] |
| 7/23/04 | 24 | Statement of interest for appointment to the plas' steering committee, by Rebecca A. Cunard (sek) [Entry date 07/27/04] |
| 7/26/04 | 23 | RETURN OF SERVICE of summons and 1st amd complaint upon defendant Pfizer Inc on 7/14/04 (sek) [Entry date 07/26/04] [Edit date 07/26/04] |
| 7/28/04 | 25 | Statement of Interest in Support of Being Appointed to the Plas' Steering Committee (sek) [Entry date 07/28/04] |
| 7/29/04 | 26 | Statement of Interest in support of being appointed to plas' steering committee by John K. Weston (sek) [Entry date 07/30/04] [Edit date 07/30/04] |
| 7/29/04 | 27 | Statement of Interest in support of being appointed to the plas' steering committee by Steven A. Martino (sek) [Entry date 07/30/04] |
| 8/16/04 | 17 | Notice by MDL Panel of hrg to be held 9/30/04 re motions for centralization of certain actions (sek) [Entry date 08/19/04] [Edit date 08/19/04] |
| 8/23/04 | 29 | Motion by plaintiff Emma B Christina for class certification pursuant to FRCP 23 and UNSIGNED ORDER (ca) [Entry date 08/27/04] |
| 8/24/04 | 28 | MINUTE ENTRY (8/23/04) the pla's mtn for Entry of a Non Destruct Order [4-1] is DENIED w/o perj to the ptys right to move for entry of a new, more tailored non-destruct order; pla's mtn to appt plas' steering committee & liaison counsel [15-1] is DENIED w/o prej to the ptys right to re-file it bfr the MDL judge, once appt by Judge Carl J. Barbier (ca) [Entry date 08/24/04] |
| 8/26/04 | 30 | MINUTE ENTRY (8/25/04) ORDERED that pla's motion for class certification pursuant to FRCP 23 [29-1] is DENIED without prejudice to the parties right to re-file it before the MDL judge, once appointed; FURTHER ORDERED that the 90-day deadline codified at L.R. 23.1(B) is extended without date so that a new deadline may be established by the ultimate MDL judge; FURTHER ORDERED that this order shall apply to C.A. 04-1547 and 04-1591; by Judge Carl J. Barbier (ca) [Entry date 08/27/04] |

Case Flags:

MAG-3

END OF DOCKET: 2:04cv1450

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:28:33 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:04cv01450 |
| Billable Pages: | 4 | Cost: | 0.28 |