UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
IN CLERK'S OFFICE

2004 NOV 17  P 2:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

November 8, 2004

Mr. Tony Anastas
Clerk, United States District Court
Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

          Re:    Multidistrict Litigation No. 1629
                   Christina
                      vs.
                 Pfizer, Inc.
                 Civil Action No. 04-1450, J (3)
                 Your Case No. C.A. 1:04cv12276 PBS

Dear Mr. Tony Anastas:

       Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

       Please acknowledge receipt on the enclosed copy of this letter.

                            Very truly yours,

                            LORETTA G. WHYTE, CLERK

                            By _____
                               Deputy Clerk

Enclosures